863 A.2d 363

IN THE MATTER OF RUTH A. RIFKIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 010551990).

December 22, 2004.

## O R D E R

This matter having been duly presented to the Court by David E. Johnson, Jr., Esquire, Director of the Office of Attorney Ethics, and with the consent of respondent, **RUTH A. RIFKIN** of **PHILADELPHIA, PENNSYLVANIA**, and her counsel, Thomas N. Ganiaris, Esquire, and the Office of Attorney Ethics and respondent having agreed that respondent lacks the capacity to engage in the practice of law and should be transferred to disability inactive status in accordance with *Rule* 1:20–12, and good cause appearing;

It is Ordered that pursuant to *Rule* 1:20–12, **RUTH A. RIFKIN**, admitted to practice in this state in 1990, is hereby transferred to disability inactive status, effective immediately and until the further Order of the Court; and it is further

ORDERED that **RUTH A. RIFKIN** is hereby restrained and enjoined from practicing law during the period that she remains on disability inactive status; and it is further

ORDERED that all funds, if any, presently existing in any New Jersey financial institution maintained by **RUTH A. RIFKIN** pursuant to *Rule* 1:21–6 shall be restrained from disbursement and shall be transmitted by the banks which are the present custodians thereof to the Clerk of the Superior Court for deposit in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **RUTH A. RIFKIN** shall comply with *Rule* 1:20–20 governing suspended, disbarred and incapacitated attorneys.